# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**OSCAR ALEXANDER CHAVEZ,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00011-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Oscar Chavez's Unopposed Motion for Continuance [Doc. 18]. On April 13, 2022, the Government obtained an indictment charging Defendant with Illegal Reentry in violation of 8 U.S.C. § 1326(a) and (b)(1). [Doc. 1]. Defendant entered a plea of not guilty on October 21, 2024. [Doc. 13].

Defendant seeks a continuance because his counsel needs time to fully evaluate discovery. [Doc. 18, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 18], and this case and its pretrial conference are **CONTINUED** to January 27, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

[*signature and date on following page*]

**SO ORDERED**, this 24th day of October, 2024.

             S/ Tilman E. Self, III
             **TILMAN E. SELF, III, JUDGE**
             **UNITED STATES DISTRICT COURT**